IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOY RACER, INC.,

      Plaintiff,

v.

JOHN DOE,

      Defendant.
                                                    /

No. C 11-5628 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY**

      Pursuant to Civil Local Rule 72-1, plaintiff Boy Racer, Inc.'s "Ex Parte Application for Leave to Take Expedited Discovery to Identify John Doe," filed January 6, 2012, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

      The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

      **IT IS SO ORDERED**.

Dated: January 9, 2012

                                      MAXINE M. CHESNEY
                                      United States District Judge