**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOY RACER, INC.,

        Plaintiff

  v.

JOHN DOE,

        Defendant.

_____/

No. C 11-5628 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE RYU NON-PARTY SAMUEL TEITELBAUM'S MOTION TO QUASH AND EX PARTE APPLICATION FOR ORDER SHORTENING TIME**

      Pursuant to Civil Local Rule 72-1, "Non-Party Samuel Teitelbaum's Motion to Quash Subpoena or in the Alternative for Protective Order," filed April 11, 2012, and "Non-Party Samuel Teitelbaum's Ex Parte Application for an Order Shortening Time for Hearing on Motion to Quash Nonparty Deposition Subpoena or in the Alternative for Protective Order or a Stay of the Deposition," filed April 11, 2012, are hereby REFERRED to Magistrate Judge Donna Ryu, to whom all discovery matters previously were referred.

      The parties will be advised of the next appearance, if any, by Magistrate Judge Ryu's chambers.

      The May 18, 2012 hearing before the undersigned is hereby VACATED.

      **IT IS SO ORDERED**.

Dated: April 12, 2012

_____
MAXINE M. CHESNEY
United States District Judge