UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOY RACER INC,

       Plaintiff,

  v.

JOHN DOE,

       Defendant.
_____/

No. C-11-05628 MMC  (DMR)

**ORDER RE SUBPOENA PENDING RESOLUTION OF DISCOVERY DISPUTE**

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the Notice of Reference and Order re Discovery Procedures issued on April 13, 2012, the deposition subpoena that was the subject of Non-Party Samuel Teitelbaum's Motion to Quash or, in the Alternative, for Protective Order (doc. no. 20) shall not be operative pending resolution of the dispute over the subpoena and the parties' compliance with the procedures for resolution of discovery disputes as set forth in the April 13, 2012 order.

IT IS SO ORDERED.

Dated: April 16, 2012

_____
DONNA M. RYU
United States Magistrate Judge